BLANK ROME
Cheryl S. Chang (SBN 237098)
Cheryl.Chang@BlankRome.com
Jessica A. McElroy (SBN 299919)
Jessica.McElroy@BlankRome.com
2029 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*
PENNYMAC LOAN SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY BOWES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC, and DOES 1 TO 50, inclusive.<br><br>Defendant. | Case No. 8:21-cv-02030-JLS-KES<br><br>**PENNYMAC LOAN SERVICES, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>[*Filed concurrently with Opposition to OSC Why Preliminary Injunction Should Not Issue and Declaration of Johnny Morton*]<br><br>Hearing:<br>Date:  January 14, 2022<br>Time:  10:30 a.m.<br>Dept:  Courtroom 10A |

**TO THE HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant PennyMac Loan Services, LLC ("PennyMac") hereby requests the Court to take judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

1. Complaint and Docket for *Tracy Bowes v. PennyMac Loan Services, LLC,* Case No. 30-2021-01235718-CU-OR-CJC, filed in the Superior Court of California, County of Orange on December 9, 2021 ("State Court Action"). A true and correct copy of the Complaint and Docket is attached hereto as **Exhibit A**.

2. The Grant Deed recorded in the Official Records of Orange County on August 27, 2009 transferring the interest in the property from Matthew M. Chu and Stephanie Diec, and Successors as Trustees of the Chu Family Trust, dated May 30, 1998, as Trustee, to Tracy S. Bowes, a single man; and Anna J. Dann, an unmarried woman, as joint tenants, as instrument number 2009000461188 ("2009 Grant Deed"). A true and correct copy of the 2009 Grant Deed is attached hereto as **Exhibit B .**

3. The Deed of Trust recorded in the Official Records of Orange County on March 1, 2013 in the amount of Six Hundred Thirty-Four Thousand, Three Hundred Forty-Seven Dollars and Zero Cents ($643,347.00) in favor of Paramount Residential Mortgage Group, Inc. as instrument number 2013000127134 (the "Bowes Deed of Trust"). A true and correct copy of the Bowes Deed of Trust is attached hereto as **Exhibit C.**

4. The Assignment of Deed of Trust recorded in the Official Records of Orange County on February 17, 2015, assigning the interest in the Deed of Trust from Paramount Residential Mortgage Group, Inc. to PennyMac as instrument number 2015000082379 ("January 2015 Assignment"). A true and correct copy of the January 2015 Assignment is attached hereto as **Exhibit D.**

5. The Notice of Default and Election to Sell under Deed of Trust recorded in the Official Records of Orange County on January 29, 2016 as instrument number 2016000041036 ("January 2016 Notice of Default"). A true and correct copy of the January 2016 Notice of Default is attached hereto as **Exhibit E.**

6. The mortgage recorded in the Official Records of Orange County on August 15, 2016 in the amount of One Hundred Seventy-One Thousand, One Hundred Nine Dollars and Seventy-Nine Cents ($171,109.79), as instrument number 2016000383589 (the "2016 Bowes Deed of Trust"). A true and correct copy of the 2016 Bowes Deed of Trust is attached hereto as **Exhibit F.**

7. The Notice of Rescission of Notice of Default and Election to Sell under Deed of Trust recorded in the Official Records of Orange County on August 17, 2016 as instrument number 2016000389844 ("August 2016 Notice of Rescission"). A true and correct copy of the August 2016 Notice of Rescission is attached hereto as **Exhibit G.**

8. The Home Affordable Modification Agreement recorded in the Official Records of Orange County on August 25, 2016 in the amount of Four Hundred Sixty-Four Thousand, Two Hundred Ninety-Six Dollars and Fourteen Cents ($464,296.14), as instrument number 2016000403917 (the "2016 Modification Agreement"). A true and correct copy of the 2016 Modification Agreement is attached hereto as **Exhibit H.**

9. The Notice of Default and Election to Sell under Deed of Trust recorded in the Official Records of Orange County on March 8, 2018, as instrument number 2018000083547 ("March 2018 Notice of Default"). A true and correct copy of the March 2018 Notice of Default is attached hereto as **Exhibit I.**

10. The Notice of Pendency, of Action recorded in the Official Records of Orange County on Auguste 13, 2018 as instrument number 2018000294526 ("2018

Notice of Pendency"). A true and correct copy of the 2018 Notice of Pendency is attached hereto as **Exhibit J.**

11. The Notice of Trustee's Sale was recorded in the Official Records of Orange County on November 10, 2021, as instrument number 2021000694237 ("2021 Notice of Trustee's Sale"). A true and correct copy of the 2021 Notice of Trustee's Sale is attached hereto as **Exhibit K.**

12. A true and correct copy of the 2021 Holiday Schedule, as set by the United States Office of Personnel Management, confirming that November 11, 2021 is a federal holiday for Veterans Day, available at https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=2021, is attached hereto as **Exhibit L.**

13. Plaintiff's *Ex Parte* Application filed on December 9, 2021 in *Tracy Bowes v. PennyMac Loan Services, LLC,* Case No. 30-2021-01235718-CU-OR-CJC ("*Ex Parte* Application"), the State Court Action. A true and correct copy of the *Ex Parte* Application is attached hereto as **Exhibit M.**

Pursuant to rule 201(b)(2) of the Federal Rules of Evidence, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2); *see also Intri-Plex Techs., Inc. v. Crest Group, Inc.,* 499 F.3d 1048, 1052 (9th Cir. 2007) (court may take judicial notice of facts "as long as the facts noticed are not subject to reasonable dispute"). The documents identified above, and their contents, are facts which are not subject to reasonable dispute because they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, namely, the Orange County Recorder's Office, the courts of California, and the United States Office of Personnel Management. FED. R. EVID. 201(b). As such, the documents identified above are the proper subject of judicial notice.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 17, 2021 | **BLANK ROME LLP** |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ Cheryl S. Chang* |
| 6 | | Cheryl S. Chang<br>Jessica A. McElroy |
| 7 | | *Attorneys for Defendant* |
| 8 | | PENNYMAC LOAN SERVICES, LLC |

4

**PENNYMAC LOAN SERVICES, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**
136044.02010/127708665V.2

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 17, 2021, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2021.

By: /s/AJ Cruickshank

5

**PENNYMAC LOAN SERVICES, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**
136044.02010/127708665V.2