SHAPERO LAW FIRM, PC
Sarah Shapero (Bar No. 281748)
Stephanie Silverman Warden (Bar No. 317711)
100 Pine St., Ste. 530
San Francisco, California 94111
Telephone:   (415) 273-3504
Facsimile:    (415) 358-4116

Attorneys for Plaintiff
TRACY BOWES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BOWES, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PENNYMAC LOAN SERVICES, LLC, and DOES 1 TO 50, inclusive.<br><br>                    Defendant. | Case No. 8:21-cv-02030-JLS-KES<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*[Filed concurrently with [Proposed] Order]* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff
2    TRACY BOWES ("Plaintiff") and Defendant PENNYMAC LOAN SERVICES,
3    LLC ("PennyMac"), through their attorneys of record and subject to approval of the
4    Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in the above-
5    captioned action are dismissed with prejudice, with each party bearing its own
6    attorneys' fees and costs.  Additionally, Plaintiff and PennyMac further agree that
7    the preliminary injunction issued by the Court on or about January 14, 2022 [*see*
8    ROA 17] should be vacated and of no further force and effect as of today's date.

9

10

11    DATED:  April 28, 2022        **SHAPERO LAW FIRM, PC**

12

13

14

15    By: */s/ Sarah Shapero*
_____
16    Sarah Shapero
Stephanie Silverman Warden
17
*Attorneys for Plaintiff*
18    TRACY BOWES

19

20    DATED:  April 28, 2022        **BLANK ROME LLP**

21

22

23    By: */s/ Jessica A. McElroy*
_____
Cheryl S. Chang
24    Jessica A. McElroy
25
*Attorneys for Defendant*
PENNYMAC LOAN SERVICES, LLC
26

27

28                                 2

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

136044.02010/128734425V.2

1

## **<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

2          Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Sarah Shapero, hereby do attest

3   that all signatories listed, and on whose behalf the filing is submitted, concur in the

4   filing's content and have authorized the filing.

5

6   DATED:  April 28, 2022                SHAPERO LAW FIRM, PC

7

8

9                                         By:*/s/ Sarah Shapero*
                                             _____
10                                              Sarah Shapero
                                               Stephanie Silverman Warden
11
                                           *Attorneys for Plaintiff*
12                                           TRACY BOWES

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

136044.02010/128734425v.2