UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BOWES, an individual,<br><br>      Plaintiff,<br><br> vs.<br><br>PENNYMAC LOAN SERVICES, LLC, and DOES 1 TO 50, inclusive.<br><br>      Defendant. | Case No. 8:21-cv-02030-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (Doc. 24)** |

# ORDER

The Plaintiff TRACY BOWES ("Plaintiff") and Defendant PENNYMAC LOAN SERVICES, LLC ("PennyMac") (collectively, "Parties") having stipulated thereto, the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 24) is hereby GRANTED. All claims in the above-captioned action are dismissed with prejudice and the preliminary injunction issued by the Court is hereby vacated and of no further force and effect as of today's date, with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 29, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE